AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Mark Jason Pearson<br><br>Defendant(s) | Case No.  2:22-mj-00098 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2022__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On July 13, 2022, at or near 701 1st Street in Dunbar, West Virginia, within the Southern District of West Virginia, defendant Mark Jason Pearson possessed approximately five pounds of a substance that field tested positive for methamphetamine, a schedule II controlled substance. Based on my training and experience, this quantity of methamphetamine is consistent with an intent to distribute.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jennifer L. King, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 07/18/2022

City and state: Charleston, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge